**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Michael Beaumont,
3689, Boulevard Neilson
Québec (QC), Canada G1W 4T4,
Individually and on Behalf of All Others
Similarly Situated,

             Plaintiff,

v.

2U, INC., CHRISTOPHER J. PAUCEK,
PAUL LALLJIE, and MATT NORDEN,

             Defendants.

Case No. 8:24-cv-01723-DLB

**SUGGESTION OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY PURSUANT TO SECTION 362(A) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on July 25, 2024, 2U, Inc. and certain of its affiliates (collectively, the "**Debtors**" and, each, a "**Debtor**") each commenced a voluntary case (collectively, the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  The Chapter 11 Cases are being jointly administered under Case No. 24-11279-mew  A copy of 2U, Inc.'s chapter 11 petition is annexed hereto as **Exhibit A**.

PLEASE BE ADVISED that, pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement

of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."  11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiffs or any judgment, order, or ruling entered in violation of the Automatic Stay.

PLEASE BE FURTHER ADVISED that should the Court or any parties have questions regarding the Chapter 11 Cases or this notice, bankruptcy counsel for the Debtors can be contacted as follows:

LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

Respectfully submitted,

/s/ Matthew J. Peters
Matthew J. Peters, (Bar No.  21902)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Ph. (202) 637-2200

Fax (202) 637-2201
matthew.peters@lw.com

*Attorney for Defendant 2U, Inc.*

Dated:  July 30, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2024, the foregoing Suggestion of Bankruptcy Filing and Imposition of Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ *Matthew J. Peters*