UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BEAUMONT, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>2U, INC., CHRISTOPHER J. PAUCEK, PAUL LALLJIE, and MATT NORDEN,<br><br>Defendants. | Case No. 8:24-cv-01723-DLB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>DEFENDANT 2U, INC. ONLY</u>**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Beaumont ("Plaintiff") hereby voluntarily dismisses his claims against Defendant 2U, Inc. ("2U"), without prejudice. 2U has not served an answer or a motion for summary judgment.

For the avoidance of doubt, Plaintiff is not dismissing his claims against any other defendants.

DATED: August 12, 2024         **WEISBROD MATTEIS & COPLEY PLLC**

By: */s/ William E. Jacobs*
Stephen A. Weisbrod (# 14795)
William E. Jacobs (#21975)
3000 K Street NW, Suite 275
Washington, D.C. 20007
Telephone: (202) 499-7900
Email: sweisbrod@wmclaw.com
          wjacobs@wmclaw.com

*Liaison Counsel for Plaintiff Michael Beaumont*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
         clinehan@glancylaw.com

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Counsel for Plaintiff Michael Beaumont*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, a copy of the foregoing document was served on all counsel of record by CM/ECF.

>  */s/ William E. Jacobs*
>  William E. Jacobs