**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL BEAUMONT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 2U, INC., Christopher PAUCEK, PAUL LALLJIE, and MATT NORDEN, <br><br> Defendants. | Case No.: 8:24-cv-01723-DLB <br><br> Hon. Deborah L. Boardman |

**PETER GYSBERS' REPLY IN FURTHER SUPPORT OF HIS MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

On August 12, 2024, movant Peter Gysbers ("Mr. Gysbers") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $488,890.86 in connection with his purchases of 2U, Inc. ("2U") securities between February 9, 2022 and February 12, 2024, (the "Class Period"). *See* ECF No. 12. Three other lead plaintiff motions were filed, but all ultimately withdrew their motions, leaving only Mr. Gysbers.[1] On August 26, 2024, Mr. Gysbers filed an opposition to the competing motions, and a proposed order granting his Motion for Appointment as Lead Plaintiff and Approval of Counsel. *See* ECF Nos. 23 and 27.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Gysbers' pending motion is unopposed, Mr. Gysbers respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Gysbers as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired 2U securities during the Class Period; (2) approving Mr. Gysbers' selection of Levi & Korsinsky, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

*[Signature on following page]*

---

[1] On August 21, 2024, Pavel Peychev withdrew his motion. *See* ECF No. 16. On August 26, 2024, Roger Huston and Monty Guiles filed a notice of non-opposition and Benjamin Craft Turner withdrew his motion. *See* ECF Nos. 21 and 25.

Dated: September 9, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Jordan A. Cafritz*
Jordan A. Cafritz (Bar #:20908)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 774-5795
Fax: (212) 363-7171
Email: jcafritz@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Peter Gysbers and*
*[Proposed] Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 9 day of September 2024.

*/s/ Jordan A. Cafritz*
Jordan A. Cafritz
