IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL BEAUMONT, individually and
on behalf of all others similarly situated,

    *Plaintiff*,

    v.

CHRISTOPHER PAUCEK, *et al*.,

    *Defendants*

Civil Action No.
24-cv-01723-ABA

**ORDER**

This case has been reassigned from Judge Boardman to me for all proceedings. All prior orders entered in the case remain in effect, including the Court's September 13, 2024 appointment order, ECF No. 30.

With a lead plaintiff and lead counsel having been appointed, it is ORDERED that counsel for Defendants and counsel for Lead Plaintiff shall meet and confer regarding scheduling and, on or before **October 15, 2024**, shall submit a stipulation for the Court's approval with the parties' proposed schedule for the filing of an amended complaint (if any) and the filing of a motion to dismiss or other response to the complaint.

Date:  October 1, 2024

                                   /s/
                             Adam B. Abelson
                             United States District Judge