## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Michael Beaumont,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>Christopher Paucek, *et al.*<br><br><br>      Defendants. | Case No.  8:24-cv-01723-ABA<br><br>**STIPULATION AND ORDER RE:<br>SCHEDULE FOR FILING AMENDED<br>COMPLAINT AND BRIEFING** |

WHEREAS, on June 13, 2024, Plaintiff Michael Beaumont commenced the above-captioned action (the "Action") by filing the Complaint against the above-captioned Defendants, alleging violations of the federal securities laws on behalf of a putative class consisting of investors ;in the securities of 2U, Inc. ECF  1.

WHEREAS, as a putative class action alleging violations of the federal securities laws, the Action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA");

WHEREAS, on July 30, 2024, Defendant 2U, Inc. filed a Suggestion of Bankruptcy, automatically staying the Action against 2U, Inc. pursuant to section 362(a) of the Bankruptcy Code. ECF 7;

WHEREAS, on August 12, 2024, Plaintiff filed a Notice of Voluntary Dismissal of Defendant 2U, Inc.;

WHEREAS, on September 13, 2024, this Court issued an Order appointing Peter Gysbers as Lead Plaintiff and Levi & Korsinsky, LLP as Lead Counsel. ECF 30;

1

WHEREAS, Lead Plaintiff intends to amend the pleadings and, consequently, agreed with Defendants a schedule for the filing of an amended complaint and briefing of any motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.      Lead Plaintiff shall file an amended complaint by December 5, 2024;

2.      Defendants shall respond to the amended complaint by February 13, 2024;

3.      In the event Defendants file a motion to dismiss the complaint, Lead Plaintiff's opposition shall be filed by April 24, 2024; and

4.      In the event Defendants file a motion to dismiss the complaint, Defendants' reply shall be filed by June 5, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  October 15, 2024

LEVI & KORSINSKY, LLP

s/ Nicholas I. Porritt
Nicholas I. Porritt
1101 Vermont Ave. NW Suite 700
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff Peter Gysbers and Lead Counsel*

2

Dated:  October 15, 2024

LATHAM & WATKINS LLP

s/ Andrew Brian Clubok
Andrew Brian Clubok (admitted *pro hac vice)*
Matthew J. Peters
555 Eleventh Street, NW Suite 1000
Washington, DC 20004
Tel: (202)-637-2200
Fax: (202)-637-2201
andrew.clubok@kirkland.com
matthew.peters@lw.com

Melanie M. Blunschi (admitted *pro hac vice*)
505 Montgomery Street Suite 2000
San Francisco, CA 94111
Tel.: (415)-391-0600
Melanie.blunschi@lw.com

*Attorneys for Defendants Chrisotpher Paucek,
Paul Lallijie, and Matt Norden*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 16, 2024

_____/s/_____
Adam B. Abelson
United States District Judge

3