UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Michael Beaumont, Individually and on Behalf     )
of All Others Similarly Situated,                )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )
                                                 )     Case No.  8:24-cv-01723- ABA
                                                 )
Christopher Paucek, Paul Lalljie, and Matt       )
Norden,                                          )
                                                 )

                    Defendants.

**[PROPOSED] ORDER**

Upon consideration of Defendants Christopher Paucek, Paul Lalljie, and Matt Norden's

Request For Judicial Notice And Incorporation By Reference In Support Of Motion To Dismiss

the Amended Class Action Complaint ("Request"), it is this ___ day of _____, 2025, by the U.S.

District Court of the District of Maryland,

        ORDERED that the Request is hereby GRANTED.

<br>

_____
The Honorable Adam Ben Abelson
U.S. District Court Judge