## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL BEAUMONT, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER PAUCEK, *et al.*,<br><br>    *Defendants* | Case No. 24-cv-1723-ABA |

## ORDER

Defendants Christopher Paucek, Paul Lalljie, and Matt Norden have filed a motion to dismiss the amended complaint (ECF No. 41) for failure to state a claim. ECF No. 42 (the "Motion"). For the reasons explained in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. The motion for judicial notice and incorporation by reference (ECF No. 44), which Plaintiffs do not oppose, is GRANTED as UNOPPOSED;

3. The amended complaint is DISMISSED without prejudice; and

4. The Clerk is directed to CLOSE the case.

Date: August 29, 2025

                                                                                            */s/*
                                                                 Adam B. Abelson
                                                                United States District Judge